PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

**FILED**
JUN 0 6 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Michael Blaine Morrison           Case Number:   SA-06-CR-399-RF

Name of Sentencing Judicial Officer:   Honorable Royal Ferguson, Senior United States District Judge

Date of Original Sentence:   February 3, 2009

Original Offense: Possession with intent to distribute 50 grams or more of methamphetamine, a violation of 21 U.S.C. § 841(a)(1)&(b)(1)(A)

Original Sentence: 60 months imprisonment followed by 5 years supervised release, $100 special assessment, and substance abuse treatment

Type of Supervision: Supervised Release         Date Supervision Commenced:  Septebmer 26, 2012

Assistant U.S. Attorney:  Sam L. Ponder             Defense Attorney:  Alex J. Scharff

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **"Committed a Driving While Intoxicated Offense"**<br><br>**Violation of Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.**<br><br>On May 5, 2013, the offender was arrested by the San Antonio Police Department for driving while intoxicated. According to the offense report, officers were dispatched to North Loop 1604 near the intersection of Gold Canyon Drive to evaluate the driver of a vehicle, who appeared to be passed out or ill. During questioning, it was determined Mr. Morrison had consumed alcohol. A field sobriety test was administered, which the offender failed.  Mr. Morrison was placed under arrest for driving while intoxicated, but |

refused to provide a specimen of breath or blood. On May 6, 2013, the City of San Antonio Magistrate Judge on duty issued a search warrant to obtain a specimen of blood, and the offender's blood was drawn. On May 7, 2013, Mr. Morrison was released on $2,000 bond pending a court hearing on June 10, 2013, in Bexar County Court #12 under Dkt No. 425166.

**U.S. Probation Officer Recommendation:**

On September 26, 2012, Mr. Morrison's term of supervised release commenced in the Western District of Texas. The offender had remained compliant prior to the cited violation conduct, reported to the United States Probation Office as instructed, and attended the co-occurring treatment program with Crosspoint, Inc.

Mr. Morrison's presentence report revealed an exposure to substance abuse dating back to his mid teenage years. He reported prior outpatient treatment, and completed a 40 hour residential drug abuse program in federal custody. While on supervision, Mr. Morrison was referred for a psychiatric evaluation based on his concern with Post-Traumatic Stress Disorder (PTSD) and Attention Deficit Hyperactivity Disorder (ADHD). The psychiatric report revealed the offender had an identified diagnostic impressions; however, based on his substance abuse history medication monitoring was not provided. Mr. Morrison was encouraged to seek non-medical treatment for ADHD, and continue with the co-occurring therapy provided by Crosspoint, Inc.

Prior to his new arrest, Mr. Morrison was working towards maintaining stability in his life. He was gainfully employed and maintained his own household. In addition, he was beginning to respond well to his treatment program. However, it appears Mr. Morrison used poor judgment, reverted to his old way of thinking, and succumbed to his substance abuse addiction.

Due to Mr. Morrison's new law violation, the United States Probation Office respectfully requests the Court issue a warrant to show cause as to why his term of supervised release should not be revoked.

☒ The term of supervision should be

    ☒ revoked. (Maximum penalty: __5__ years imprisonment; __Up to Life__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

Approved:

Cynthia Mendiola
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5311

Respectfully submitted,

Felecita A. Quintanilla
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5346
Date: May 22, 2013

cc: Sam L. Ponder
Assistant U.S. Attorney

Suzan R. Contreras
Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ ~~No action.~~
☑ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

_____
U.S. District Judge
Orlando L. Garcia

6·6·13
Date