UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | §<br>§ | No.:  SA:06-CR-00399(1)-OLG |
| (1) MICHAEL BLAINE MORRISON<br>*Defendant* | §<br>§ | |

### ORDER SETTING PRELIMINARY REVOCATION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **09:30 AM, in Courtroom A**, **on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX** on **Thursday, December 08, 2022.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to Defendant, counsel for Defendant, the United States Attorney, U.S. Pretrial Services, and the United States Probation Office.  Further, counsel for Defendant shall notify the defendant of this setting.  If the defendant is on bond, Defendant shall be present for the hearing.

**IT IS SO ORDERED** this **2nd day of December, 2022.**

_____

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>vs.<br><br>(1) MICHAEL BLAINE MORRISON<br>*Defendant,* | §<br>§<br>§<br>§<br>§<br>§<br>§ | No.:   SA:06-CR-00399(1)-OLG |

**WAIVER OF PRELIMINARY HEARING**

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

_____
**Date**

_____
**Defendant**

_____
**Name of Attorney for Defendant (Print)**

_____
**Date**

_____
**Signature of Attorney for Defendant**